BILL LOCKYER
Attorney General of the State of California
THOMAS D. MCCRACKIN
Supervising Deputy Attorney General
JOHN M. FESER, JR., State Bar No. 209736
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5118
 Fax: (916) 322-8288
 Email: John.Feser@doj.ca.gov

Attorneys for Defendant James Yates

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROBERT V. TRAVIS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES YATES, et al.,<br><br>　　　　　　　　　　Defendants. | 1:06-CV-00438-AWI-DLB<br><br>**STIPULATION AND REQUEST TO CONTINUE JOINT SCHEDULING CONFERENCE; ORDER**<br><br>Date:　　　September 20, 2006<br>Time:　　　9:00 a.m.<br>Courtroom:　#9<br>Judge:　　　Dennis L. Beck |

## STIPULATION AND REQUEST

As authorized by Rule 6-144(a) of the General Local Rules of the above Court, Plaintiff and Defendant James Yates, by and through their respective attorneys of record, stipulate and jointly request:

(a)　the Scheduling Conference set for 8:30 a.m. on August 10, 2006, be continued to 9:00 a.m. on September 20, 2006;

(b)　the deadline for filing a Joint Scheduling Report be continued to September 13, 2006, and;

(c)　the deadline for the meeting of counsel be continued to August 31, 2006.

This stipulation and joint request is based upon Plaintiff's need for additional time to serve process on all unserved defendants.

The parties hereto are the only parties who have appeared to date in this action or are affected hereby.  No other extensions of time have been requested or granted herein.  By execution below, all parties herein stipulate to the Proposed Order below granting the relief requested.

Dated: July 13, 2006

/s/ Ralph S. Greer

By:_____
    RALPH S. GREER
    Attorneys for Plaintiff
    Robert Travis

Dated: July 13, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

THOMAS D. MCCRACKIN
Supervising Deputy Attorney General

/s/ John M. Feser Jr.

JOHN M. FESER, JR.
Deputy Attorney General
Attorneys for Defendant James Yates

**STIPULATION AND REQUEST TO CONTINUE JOINT SCHEDULING CONFERENCE**

1 **ORDER**

2      Based upon the parties' joint request and stipulation, and good cause appearing therefore, IT

3 IS ORDERED THAT:

4      1. The Scheduling Conference now set for 8:30 a.m. on August 10, 2006, in Department

5 Nine is continued to 9:00 a.m. on September 20, 2006, in Department Nine of this Court.

6      2. A Joint Scheduling Conference Report shall be filed on September 13, 2006; and

7      3. Counsel for the parties shall conduct and conclude a conference in accordance with this

8 Court's previous Order Setting Mandatory Scheduling Conference in this matter.

9

10      IT IS SO ORDERED.

11      **Dated:   July 14, 2006**              **/s/ Dennis L. Beck**
3b142a                                  UNITED STATES MAGISTRATE JUDGE