Case 1:06-cv-00438-AWI-DLB   Document 21   Filed 09/07/2006   Page 1 of 1
Case 1:06-cv-00438-AWI-DLB   Document 21   Filed 09/08/06   Page 1 of 1
Case 1:06-cv-00438-AWI-DLB   Document 19   Filed 09/06/2006   Page 1 of 1

RALPH GREER
RALPH S. GREER
2493 EAST COLORADO BLVD.

PASADENA, CA 91107
626.405.2353
BAR NO. 87075

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| ROBERT TRAVIS | CASE NUMBER: 1:06-CV-00438-AWI-DLB |
|---|---|
| v.     Plaintiff(s) | **NOTICE OF DISMISSAL BY PLAINTIFF** |
| JAMES A. YATES, JEANNE S. WOODFORD AND DOES 1 TO 10 | Rule 41(a)(1) F.R.Civ.P. |
| Defendant(s) | |

**PLEASE TAKE NOTICE:**

☐ The above-entitled action is

*or*

☒ Defendant(s) Jeanne S. Woodford

is are̶x̶x̶

hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: August 8, 2006

_Ralph S. Greer_
Plaintiff / Attorney for Plaintiff
Ralph S. Greer

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE
BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION
FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

It is so Ordered, Dated: 9-6-06

_____
United States District Judge

NOTICE OF DISMISSAL BY PLAINTIFF
(Rule 41(a)(1), F.R.Civ.P.)
RSG.DOC.06.08.0063

CV-09 (01/01)

cc