**Ralph S. Greer**

Attorney at Law

2493 East Colorado Boulevard

Pasadena, Ca 91107

(626) 405 2353

California Bar Number: 87075

Attorney for Plaintiff Robert Travis

# United States District Court
# Eastern District of California

| | |
|---|---|
| **ROBERT TRAVIS**<br><br>**Plaintiff**<br><br>vs.<br><br>JAMES A. YATES, JEANNE S. WOODFORD, and Does 1 to 20 inclusive<br><br>Defendants | Case No. 1:06-CV-00438-AWI-DLB<br><br>ORDER ON STIPULATION TO THE FILING OF FIRST AMENDED COMPLAINT<br><br>Judge Anthony W. Ishii |

The court having read and considered the Stipulation to the findings of the First Amended Complaint and good cause appearing, it is ordered that:

1. Plaintiff Robert B. Travis is allowed to file a first amended complaint to name R. Chapnick M.D. as a defendant.

2. The pending motion to dismiss filed by defendant James A. Yates is withdrawn.

3. Jeanne S Woodford is dismissed from the complaint.

/*/*/

/*/*/

/*/*/

/*/*/

Case 1:06-cv-00438-AWI-DLB   Document 25   Filed 09/29/06   Page 2 of 2

Travis vs. Yates                                              Case Number: 1:06-CV-00438-AWI-DL

4       Defendant R. Chapnick is a newly named defendant and has not been served with the first amended complaint.  To avoid processing multiple motions and for convenience of the court and the parties, the last day for defendant James A. Yates to file a response to the first amended complaint shall be extended to the last day for defendant R. Chapnick M.D. to file his response to the first amended complaint.

IT IS SO ORDERED.

Dated:    September 28, 2006                    /s/ **Dennis L. Beck**
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE