IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT TRAVIS,** | CV F 06-0438 AWI DLB |
| **Plaintiff**, | ORDER VACATING HEARING AND REFERRING MOTION TO MAGISTRATE JUDGE |
| v. | |
| **JAMES A. YATES, et al.,** | |
| **Defendants** | |

In this action, Plaintiff Robert Travis, brings a civil rights action against Defendants for their failure to provide medical care in violation of Plaintiff's Eighth Amendment rights. While Plaintiff is incarcerated, Plaintiff is not proceeding in forma pauperis and Plaintiff is represented by an attorney. As such, this action was not automatically referred to the Magistrate Judge.

Pending before the court is Defendants' motion to dismiss the second amended complaint, which Defendants have scheduled for oral argument before the undersigned on December 18, 2006. Given the allegations in this action concern conditions of confinement in state prison and are brought under 42 U.S.C. § 1983, the court finds the pending motion should be referred to the Magistrate Judge pursuant to Local Rule 72-302(c)(17).

Accordingly, it is HEREBY ORDERED that:

1. The pending motion to dismiss is REFERRED to the Magistrate Judge to issue Findings and Recommendations pursuant to Local Rule 72-302(c)(17);
2. The December 18, 2006 hearing before the undersigned is VACATED; and
3. If after receiving reviewing the motion, the Magistrate Judge desires a hearing, the Magistrate Judge will set a new date and time for a hearing before the Magistrate Judge.

IT IS SO ORDERED.

**Dated:**   **December 11, 2006**            /s/ Anthony W. Ishii
0m8i78                             UNITED STATES DISTRICT JUDGE

2