**Ralph S. Greer**

Attorney at Law

2493 East Colorado Boulevard

Pasadena, 91107

(626) 405 2353

California Bar Number: 87075


Attorney for Plaintiff Robert Travis

# United States District Court
# Eastern District of California

| | |
|---|---|
| **ROBERT TRAVIS** | Case No.  1:06-CV-00438-AWI-DLB |
| **Plaintiff** | REQUEST FOR DISMISSAL |
| **vs.** | ORDER |
| JAMES A. YATES, JEANNE S. WOODFORD, and Does 1 to 20 inclusive | Judge Anthony W. Ishii |
| Defendants | |

Comes now plaintiff Robert Travis by and through his attorney of record Ralph S. Greer and

respectfully requests the court to dismiss the above referenced case without prejudice as to all

parties and all causes of action.

Respectfully submitted

_____

Ralph S. Greer
Attorney for Plaintiff Robert Travis

## ORDER

Plaintiff has filed a request to dismiss this action.   In <u>Wilson v. City of San Jose</u>, the

Ninth Circuit explained the ramifications of a Plaintiff's request to dismiss pursuant to Rule 41

(a)(1) of the Federal Rules of Civil Procedure:

Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing Hamilton v. Shearson-Lehman American Express, 813 F.2d 1532, 1534 (9th Cir. 1987)). A plaintiff may dismiss his action so long as the plaintiff files a notice of dismissal prior to the defendant's service of an answer or motion for summary judgment. The dismissal is effective on filing and no court order is required. Id. The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice. Id.; Pedrina v. Chun, 987 F.2d 608, 609-10 (9th Cir. 1993). The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice. Concha, 62 F.2d at 1506. Unless otherwise stated, the dismissal is ordinarily without prejudice to the plaintiff's right to commence another action for the same cause against the same defendants. Id. (citing McKenzie v. Davenport-Harris Funeral Home, 834 F.2d 930, 934-35 (9th Cir. 1987)). Such a dismissal leaves the parties as though no action had been brought. Id.

Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

No answers to Plaintiff's complaint and no motions for summary judgment have been filed in this case and it appears that no such answers or summary judgment motions have been served. Because Plaintiff has exercised his right to voluntarily dismiss this complaint under Rule 41(a)(1), this case has terminated as explained.

Therefore, IT IS HEREBY ORDERED that the Clerk of the Court is ordered to close this case in light of Plaintiff's Rule 41(a)(1) Voluntary Dismissal.

IT IS SO ORDERED.

Dated:   __April 17, 2007__                    _____/s/ Anthony W. Ishii_____
                                                    UNITED STATES DISTRICT JUDGE

*Ralph S. Greer*
Document No. 07.04.0121                                              Request for dismissal